AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 10 Civ. 8435 (BSJ) (JCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDITH SCHLAIN WINDSOR

I certify that I am admitted to practice in this court.

| 12/27/2010 | *(signature)* |
|---|---|
| Date | Signature |

| Melissa Goodman | MG-7844 |
|---|---|
| Print Name | Bar Number |

New York Civil Liberties Union, 125 Broad St., 19th Floor
Address

| New York | New York | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 607-3328 | (212) 607-3318 |
|---|---|
| Phone Number | Fax Number |