UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH SCHLAIN WINDSOR,, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA,, <br><br> Defendant. | 10 civ. 8435 (BSJ) (JCF) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/11

~~(PROPOSED)~~ ORDER

The Court hereby orders that:

1) Congress, should it wish to intervene in this matter, shall do so by April ~~4~~ 18, 2011, by motion pursuant to Fed. R. Civ. Pro. 24(a), consistent with 28 U.S.C. §530D; and

2) Counsel for the plaintiff, the Department of Justice, and any Congressional intervenor shall appear on ~~April~~ May 9, 2011 at 9:30 am for a conference with the Court to discuss how this case should proceed in light of the President's decision, as announced by the Attorney General on February 23, 2011, that Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7 as applied to same-sex couples who are legally married under state law, violates the equal protection component of the Fifth Amendment.

SO ORDERED.

_James C. Francis IV_
James C. Francis
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 15, 2011

Doc#: US1:6774116v2