UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH SCHLAIN WINDSOR, in her capacity as Executor of the Estate of THEA CLARA SPYER, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:10-cv-8435 (BSJ) (JCF) <br> ECF Case <br><br><br> MOTION FOR LEAVE TO <br> WITHDRAW APPEARANCE |

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Richard A. Cirillo, Esq., dated April 25, 2011, and all of the papers and proceedings had herein, the undersigned will move this Court in Courtroom 18D at the Courthouse at 500 Pearl Street, New York, New York 10007-1312, at 9:30 a.m. on the 25th day of May 2011, or at such other time and date as the Court may determine, for entry of an Order under Rule 1.4 of the Local Rules of this Court permitting the undersigned to withdraw the appearance made in this action as attorneys of record and for such other and further relief as may be just, reasonable, necessary, or proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served on the undersigned on or before May 12, 2011, and that the movant reserves the right serve a reply to any answering papers on or before May 23, 2011.

Dated: New York, NY
April 25, 2011

KING & SPALDING LLP

by /s/ Richard A. Cirillo
Richard A. Cirillo
1185 Avenue of the Americas
Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222