```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EDITH SCHLAIN WINDSOR, in her )
capacity as Executor of the Estate of )
THEA CLARA SPYER, )
                                 Plaintiff, )
vs. )
THE UNITED STATES OF AMERICA, )
                                Defendant. )

Case No. 1:10-cv-8435 (BSJ) (JCF)
ECF Case

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Bancroft PLLC is hereby substituted for King & Spalding LLP as counsel in this action for intervenor Bipartisan Legal Advisory Group of the U.S. House of Representatives. The plaintiff and the United States Department of Justice have advised that they have no objection to this substitution.

Bancroft PLLC requests that a copy of all papers henceforth served in this action be served upon Paul D. Clement, Esq., a member of the firm, at the firm's offices at 1919 M Street, NW, Washington, D.C. 20036.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

BANCROFT PLLC

by _____
Paul D. Clement
1919 M. Street, NW
Suite 470
Washington, D.C. 20036
Telephone: 202-234-0090
Telecopier: 292-234-2806

KING & SPALDING LLP

by _____
Richard A. Cirillo
1185 Avenue of the Americas
Suite 3400
New York, NY 10036-4003
Telephone: 212-556-2100
Telecopier: 212-556-2222

So Ordered this 26th day of April 2011:

_____
Hon. James C. Francis
United States Magistrate Judge