UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDITH SCHLAIN WINDSOR,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

---

10 Civ. 8435 (BSJ) (JCF)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-11-11

## REVISED SCHEDULING ORDER

After a conference with the parties on May 9, 2011, and consideration of the arguments of counsel, the Court hereby orders as follows:

    1.    Plaintiff Edith Schlain Windsor ("plaintiff"), defendant, the United States of America represented by the Department of Justice (the "DOJ"), and proposed Defendant-Intervenor, the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("the House") (collectively, "the parties"), shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a) on or before May 13, 2011;

    2.    Plaintiff shall serve her expert reports and provide dates for the depositions of her experts on or before May 20, 2011;

    3.    If the House chooses, it may take the depositions of plaintiff's experts beginning on May 23, 2011;

    4.    The parties shall exchange all written requests for discovery (including document requests, interrogatories and requests for admission pursuant to Fed. R. Civ. P. 26, 33, 36) on or before June 3, 2011;

    5.    The House shall identify its experts (if any) on or before June 7, 2011;

    6.    The House shall serve its expert reports (if any) on or before June 17, 2011;

    7.    Plaintiff may take depositions of the House's experts (if any) beginning on June 20, 2011;

    8.    All fact and expert discovery shall be completed by July 11, 2011;

9. Plaintiff shall file a motion for summary judgment on or before July 15, 2011 (unless the House has not identified any experts pursuant to paragraphs 5 and 6 above, in which case plaintiff's motion for summary judgment shall be filed on or before June 24, 2011);

10. The House shall file its opposition to plaintiff's motion for summary judgment and a motion to dismiss (if any) on or before August 15, 2011 (unless the House has not identified experts pursuant to paragraphs 5 and 6 above, in which case the House shall file its opposition to plaintiff's motion for summary judgment and a motion to dismiss (if any) on or before August 1, 2011);

11. Plaintiff shall file a reply in support of her motion for summary judgment (including expert rebuttal declarations) (if any) and an opposition to the House's motion to dismiss (if any) and DOJ shall file a brief, if any, on or before September 2, 2011 (unless the House has not identified experts pursuant to paragraphs 5 and 6 above, in which case plaintiff shall file a reply in support of her motion for summary judgment (including expert rebuttal declarations) (if any) and an opposition to the House's motion to dismiss (if any) and DOJ shall file a brief, if any, on or before August 19, 2011); and

12. The House shall file its reply in support of its motion to dismiss (if any) on or before September 23, 2011 (unless the House has not identified experts pursuant to paragraphs 5 and 6 above, in which case the House shall file its reply in support of its motion to dismiss (if any) on or before September 9, 2011).

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
May 11, 2011