UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                           )
EDITH SCHLAIN WINDSOR, in her    )
capacity as executor of the estate of    )
THEA CLARA SPYER,                    )
                                           )
    Plaintiff,                          )
                                           )
    v.                                   )    Civil Action No. 10-CV-8435 (BSJ)(JCF)
                                           )
THE UNITED STATES OF AMERICA, )
                                           )
    Defendant.                          )
_____)

## INTERVENOR-DEFENDANT'S RENEWED MOTION FOR
## LEAVE TO FILE SUR-REPLY

Pursuant to Local Civil Rule 7.1, Intervenor-Defendant, the Bipartisan Legal Advisory Group of the United States House of Representatives (the "House"), through its undersigned counsel, hereby renews its motion for leave to file a sur-reply in opposition to Plaintiff's motion for summary judgment. The reasons for this motion are stated in a memorandum in support, also filed today. A proposed order will be submitted by electronic mail.

Plaintiff does not consent to the relief requested by this motion. The United States Department of Justice takes no position on the requested relief.

        Respectfully submitted,

        */s/ Paul D. Clement*
        Paul D. Clement
        H. Christopher Bartolomucci
        Conor B. Dugan
        Nicholas J. Nelson
        BANCROFT PLLC
        1919 M Street, Northwest, Suite 470
        Washington, District of Columbia  20036
        Telephone:     (202) 234-0090
        Facsimile:     (202) 234-2806

        *Counsel for the Bipartisan Legal Advisory*
        *Group of the U.S. House of Representatives*[1]

OF COUNSEL:

Kerry W. Kircher, General Counsel
Christine Davenport, Senior Assistant Counsel
Katherine E. McCarron, Assistant Counsel
William Pittard, Assistant Counsel
Kirsten W. Konar, Assistant Counsel
OFFICE OF GENERAL COUNSEL
U.S. House of Representatives
219 Cannon House Office Building
Washington, District of Columbia  20515
Telephone:     (202) 225-9700
Facsimile:     (202) 226-1360

September 20, 2011

---

[1] The Bipartisan Legal Advisory Group currently is comprised of the Honorable John A. Boehner, Speaker of the House; the Honorable Eric Cantor, Majority Leader; the Honorable Kevin McCarthy, Majority Whip; the Honorable Nancy Pelosi, Democratic Leader; and the Honorable Steny H. Hoyer, Democratic Whip.  The Democratic Leader and the Democratic Whip decline to support the House's motion.

## CERTIFICATE OF SERVICE

I certify that on September 20, 2011, I served one copy of Intervenor-Defendant's Renewed Motion for Leave To File Sur-Reply by CM/ECF and by electronic mail (.pdf format) on the following:

Roberta A. Kaplan, Esquire, & Andrew J. Ehrlich, Esquire
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York City, New York  10019-6064
rkaplan@paulweiss.com
aehrlich@paulweiss.com

Alexis B. Karteron, Esquire, & Arthur N. Eisenberg, Esquire
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 19th Floor
New York City, New York  10004
akarteron@nyclu.org
arteisenberg@nyclu.org

James D. Esseks, Esquire, Melissa Goodman, Esquire, & Rose A. Saxe, Esquire
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York City, New York  10004
jesseks@aclu.org
mgoodman@nyclu.org
rsaxe@aclu.org

Jean Lin, Esquire
UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
20 Massachusetts Avenue, Northwest, Seventh Floor
Washington, District of Columbia  20530
jean.lin@usdoj.gov

Simon Heller, Esquire
STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL
120 Broadway
New York City, New York  10271
simon.heller@ag.ny.gov

*/s/ Kerry W. Kircher*
Kerry W. Kircher