UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
EDITH SCHLAIN WINDSOR, in her capacity as   )
executor of the estate of THEA CLARA SPYER, )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )   No. 10-CV-8435 (BSJ)(JCF)
                                            )
THE UNITED STATES OF AMERICA,               )
                                            )
            Defendant.                      )
_____)

### NOTICE OF APPEAL OF INTERVENOR-DEFENDANT THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES

Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") hereby appeals to the U.S. Court of Appeals for the Second Circuit the District Court's Order (June 6, 2012) (ECF No. 93), and Judgment (June 7, 2012) (ECF No. 94), both insofar as they grant plaintiff's [ . . . ] Motion for Summary Judgment (June 24, 2011) (ECF No. 28) and deny the [House]'s Motion to Dismiss (Aug. 1, 2011) (ECF No. 52).  Copies of the Order and Judgment are attached as Exhibits A and B, respectively.

The statutory basis for this appeal is 28 U.S.C. § 1291.  The House is exempt from the filing fee requirement for this appeal. *See* 28 U.S.C. § 1913; Judicial Conference of the United States, Court of Appeals Miscellaneous Fee Schedule, *available at*

http://www.uscourts.gov/FormsAndFees/Fees/CourtOfAppealsMiscellaneousFeeSchedule.aspx.

        Respectfully submitted,

        */s/ Paul D. Clement*
        Paul D. Clement[1]
        H. Christopher Bartolomucci
        Conor B. Dugan
        Nicholas J. Nelson

        BANCROFT PLLC
        1919 M Street, N.W., Suite 470
        Washington, D.C.   20036
        Telephone:   (202) 234-0090
        Facsimile:   (202) 234-2806

        *Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[2]

OF COUNSEL:

Kerry W. Kircher, General Counsel
William Pittard, Deputy General Counsel
Christine Davenport, Senior Assistant Counsel
Todd B. Tatelman, Assistant Counsel
Mary Beth Walker, Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.   20515
Telephone:   (202) 225-9700
Facsimile:   (202) 226-1360

June 8, 2012

---

[1] Kerry W. Kircher, as the ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory Paul D. Clement.

[2] The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, is currently comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and Democratic Whip decline to support the filing of this Notice of Appeal.

## CERTIFICATE OF SERVICE

I certify that on June 8, 2011, I served one copy of the foregoing Notice of Appeal of Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives by CM/ECF and by electronic mail (.pdf format) on the following:

    Roberta A. Kaplan, Esq.
    Andrew J. Ehrlich, Esq.
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York City, NY 10019-6064
    rkaplan@paulweiss.com; aehrlich@paulweiss.com

    Alexis B. Karteron, Esq.
    Arthur N. Eisenberg, Esq.
    NEW YORK CIVIL LIBERTIES UNION FOUNDATION
    125 Broad Street, Nineteenth Floor
    New York City, NY 10004
    akarteron@nyclu.org; arteisenberg@nyclu.org

    James D. Esseks, Esq,
    Melissa Goodman, Esq.
    Rose A. Saxe, Esq.
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    125 Broad Street
    New York City, NY 10004
    jesseks@aclu.org; mgoodman@nyclu.org; rsaxe@aclu.org

    Jean Lin, Esq.
    UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
    20 Massachusetts Avenue, N.W., Seventh Floor
    Washington, DC 20530
    jean.lin@usdoj.gov

    Simon Heller, Esq.
    STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL
    120 Broadway
    New York City, NY 10271
    simon.heller@ag.ny.gov

                                   */s/ Kerry W. Kircher*
                                   Kerry W. Kircher