UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH SCHLAIN WINDSOR, *et al.*,<br><br>        Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Action No. 10-CV-8435 (BSJ)(JCF)<br><br>ECF CASE |

**NOTICE OF APPEAL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment dated June 7, 2012 [ECF No. 94] and the underlying Order dated June 6, 2012 [ECF No. 93].

Dated this 14th day of June, 2012.

Dated:  June 14, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ARTHUR R. GOLDBERG
Assistant Branch Director

  /s/  *Jean Lin*
JEAN LIN (NY Bar No. 4074530)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530