UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDITH SCHLAIN WINDSOR, in her capacity as Executor of the estate of THEA CLARA SPYER,<br><br>    Plaintiff,<br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 10-CV-8435 (BSJ)(JCF)<br><br>ECF CASE |

### SATISFACTION OF JUDGMENT

WHEREAS, a Judgment having been entered in this action on June 7, 2012 (Docket No. 94), in favor of the Plaintiff Edith Schlain Windsor and against the Defendant United States of America, that plaintiff has an overpayment of federal estate taxes on the estate of Thea Clara Spyer in the amount of $363,053.00, plus overpayment interest under 26 U.S. Code Sections 6611 and 6621, subject by law to the provisions of 26 U.S. Code Section 6402;

AND WHEREAS, said Judgment having been fully paid by a refund check in the amount of $413,033.60;

NOW THEREFORE, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and requested to enter the full and complete satisfaction of said Judgment on the docket.

Dated: August 23, 2013

                /s/ Roberta A. Kaplan
                _____
                ROBERTA A. KAPLAN
                Paul, Weiss, Rifkind, Wharton & Garrison LLP
                1285 Avenue of the Americas
                New York, NY 10019-6064
                Telephone: (212) 373-3086
                Email:  rkaplan@paulweiss.com

/s/ J. Brian Hart Jr.
J. BRIAN HART JR.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7349
Email:      bhart@paulweiss.com