**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
10-cv-8435(BSJ)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of October, two thousand and twelve.

Before:    Dennis Jacobs,
             *Chief Judge,*
           Chester J. Straub,
           Christopher F. Droney
             *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 30, 2014

_____

Edith Schlain Windsor, In her Official capacity as Executor of the estate of Thea Clara Spyer,

   Plaintiff - Appellee,

v.

Bipartisan Legal Advisory Group of the United States House of Representatives,

   Intervenor - Defendant - Appellant,

United States of America,

   Defendant-Appellant.

**JUDGMENT**
Docket Nos. 12-2335(L)
                12-2435(con)

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/30/2014**